IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALICIA SPURLOCK,

        Plaintiff,

v.                                                          CV 11-0851 WPL/ACT

STATE FARM INSURANCE
COMPANIES,

        Defendant.

**NOTICE OF IMPENDING REASSIGNMENT**

Pursuant to FED. R. CIV. P. 73(b)(2), the parties are reminded that the undersigned was assigned as trial judge in this matter, pursuant to 28 U.S.C. § 636(c). One or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as trial judge within ten (10) days if written consents from all parties have not been filed.

The parties are free to withhold consent. No adverse consequences will result from any party's failure or refusal to consent.

                                                                            _____
                                                                            William P. Lynch
                                                                            United States Magistrate Judge

A true copy of this notice was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.